**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTHER ANAMA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　　Defendants. | **ORDER REASSIGNING THE ACTION**<br><br>Former Case No.: 1:19-cv-1153- LJO - JLT<br><br>**New Case No.: 1:19-cv-1153-JLT** |

　　　　In the "Joint Scheduling Report" and the Scheduling Conference Worksheet filed by the parties on November 12, 2019, the parties indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Doc. 8 at 7; Doc. 8-1 at 1)

　　　　Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:19-cv-1153-JLT**.

IT IS SO ORDERED.

　　Dated: __**November 13, 2019**__　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1