# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ANAMA,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>        Defendants. | Case No.: 1:19-CV-01153 - JLT<br><br>ORDER REFERRING THE MATTER TO VDRP |

In the Joint Scheduling Report filed on November 8, 2019, all parties stipulated to "referral to the Voluntary Dispute Resolution Program (VDRP)" pursuant to Local Rule 271. (Doc. 8 at 7) Based upon the stipulation of the parties, the Court **ORDERS**:

    1.    The Scheduling Conference set for November 19, 2019, is **VACATED**;

    2.    The matter is referred to the Voluntary Dispute Resolution Program. In advance of the mediation, the parties are encouraged to cooperate in informal discovery. If that effort does not place the case in a settlement posture, the parties SHALL immediately file a request to have the case removed from the VDRP; and

///

///

///

1

3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated:     **November 18, 2019**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE