# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ANAMA, | ) Case No.: 1:19-CV-01153 - JLT |
| Plaintiff, | ) |
| v. | ) ORDER AFTER NOTICE OF SETTLEMENT |
| COSTCO WHOLESALE CORPORATION, et al., | ) |
| Defendants. | ) |

The Court has been alerted that the matter settled through the use of the VDRP. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than May 1, 2020**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **March 20, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE