# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ANAMA, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>    Defendants. | Case No: 1:19-CV-1153-JLT<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION REGARDING SETTLEMENT OF THE ENTIRE ACTION**<br><br>**(Doc. 17)** |

Having considered the parties' stipulation, the Court ORDERS[1]:

1. The Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

Dated:   **March 27, 2020**          **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has already vacated the deadlines/hearings in this case and set forth the deadline by which this case must be dismissed (Doc .16).