1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ANAMA, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>    Defendants. | Case No: 1:19-CV-1153-JLT<br><br>**ORDER DISMISSING THE ACTION**<br><br>**(Doc. 19)** |

The parties have stipulated to dismiss the entire case with prejudice and with each side to bear their own fees and costs. (Doc. 19)  Thus, the Court the matter **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

  Dated:   **April 17, 2020**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE